**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ROBERT BELUSKO,** | : | |
| **Plaintiff** | : | **CIVIL ACTION NO. 3:19-790** |
| **v.** | : | **(JUDGE MANNION)** |
| **R.E. CRAWFORD CONSTRUCTION, LLC and AUTOZONE STORES, LLC,** | : | |
| **Defendants** | : | |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** Defendant Crawford's motion for summary judgment, **(Doc. 21)**, is **DENIED** with respect to plaintiff's claims against it in his complaint, **(Doc. 2)**.

**(2)** Defendant AutoZone's motion for summary judgment, **(Doc. 24)**, is **DENIED** with respect to plaintiff's claims against it in his complaint, **(Doc. 2)**.

**(3)**   By separate Order, the court will direct the case to

mediation and schedule a final pre-trial conference.


s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: March 29, 2021**

19-790-01-ORDER